LATHAM & WATKINS LLP
Alexander C.K. Wyman (Cal. Bar No. 295339)
  *alex.wyman@lw.com*
355 South Grand Avenue, Suite 400
Los Angeles, CA 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Serrin Turner (*pro hac vice forthcoming*)
  *serrin.turner@lw.com*
Matthew P. Valenti (*pro hac vice forthcoming*)
  *matthew.valenti@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant*
*Whaleco Inc., d/b/a Temu*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BERNARD HEADSPETH, et al., | Case No. 2:25-cv-7466 |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE TO CLERK OF ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF** |
| WHALECO, Inc., d/b/a TEMU; PDD Holdings, Inc., f/k/a PINDUODOU Inc.; and DOES 1-100, inclusive, | |
| Defendants. | |

**TO THE CLERK OF THIS COURT:**

PLEASE TAKE NOTICE THAT Defendant Whaleco Inc., removed an action seeking statewide injunctive and/or declaratory relief from Superior Court of the State of California for the County of Los Angeles, *Bernard Headspeth, et al. v. Whaleco, Inc., et al.*, Case No. 25STCV17878 to the United States District Court, Central District of California on August 11, 2025.

Dated: August 11, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Alexander C.K. Wyman*
   Alexander C.K. Wyman
     alex.wyman@lw.com
   355 South Grand Avenue, Suite 400
   Los Angeles, CA 90071
   Telephone: +1.213.485.1234
   Facsimile: +1.213.891.8763

   Serrin Turner (*pro hac vice forthcoming*)
     serrin.turner@lw.com
   Matthew P. Valenti (*pro hac vice forthcoming*)
     matthew.valenti@lw.com
   1271 Avenue of the Americas
   New York, NY 10020
   Telephone: +1.212.906.1200
   Facsimile: +1.212.751.4864

   *Attorneys for Defendant*
   *Whaleco Inc. d/b/a Temu*