JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD HEADSPETH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WHALECO, Inc., d/b/a TEMU; PDD Holdings, Inc., f/k/a PINDUODOU Inc.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  2:25-cv-07466-MRA-MAA<br><br>Hon. Mónica R. Almadani<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE CASES AND TO EXTEND TIME TO RESPOND TO COMPLAINT [16]**<br><br>**[NOTE CHANGES BY THE COURT]** |

On September 9, 2025, Defendant Whaleco Inc., d/b/a Temu, and Plaintiffs filed a joint stipulation to consolidate certain cases filed against Temu and to extend time to respond to the complaint.

This Court, having read and considered the Stipulation to Consolidate Cases and to Extend Time to Respond to Complaint (the "Stipulation"), and with good cause appearing, hereby GRANTS the Request.

IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED.

IT IS FURTHER ORDERED that the above-captioned case is consolidated with the below-listed cases as *In re Whaleco Privacy Litigation*, 2:25-cv-07390-MRA-MAA, because they are substantively identical and present similar questions

of law and fact, with the lead case being the above-captioned action as the lowest-numbered case:

1.  *Hanna Yoseph, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07390;

2.  *Kelvin Gray, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07394;

3.  *Kenneth Brown, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07399;

4.  *Mary Moore, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07403;

5.  *Tamara Jones, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07406;

6.  *Ashwin Jacob, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07464;

7.  *Jafaar Baseer, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07467;

8.  *Jessica Calderon, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07468;

9.  *Patrick Perry, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07469; and

10. *Taumaia Brown, et al. v. Whaleco, Inc. et al.*, No. 2:25-cv-07470.

IT IS FURTHER ORDERED that the consolidated action, *In re Whaleco Privacy Litigation*, 2:25-cv-07390-MRA-MAA, is hereby transferred to the Eastern District of New York.

IT IS FURTHER ORDERED that, absent a different deadline set by the Eastern District of New York, the deadline for Defendant Whaleco, Inc., d/b/a Temu, to respond to the complaint in the consolidated action is extended forty-five days (45) from the date of transfer.

**IT IS SO ORDERED.**

Dated: September 10, 2025

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE